UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X    06-CV-983( FB)(Jo)
IN RE HOLOCAUST VICTIM ASSETS       96-CV-4849 (ERK)(JO)
LITIGATION                                          referred to Judge Block

Supplemental Fee Application of
Burt Neuborne
------------------------------------------------X

On March 10, 2008, Burt Neuborne filed a supplemental application for attorneys

fees totaling $83,925.00 for services provided as Lead Settlement Counsel from October

10, 2005-March 10, 2008. A copy of the supplemental fee application was promptly

posted on the web site maintained by the plaintiff-class, and was served by mail on all

settlement counsel and all counsel who had appeared in connection with Mr. Neuborne's

earlier fee application.

On March 24, 2008, Robert Swift, a settlement counsel who had opposed Mr.

Neuborne's earlier fee application, notified the Court that he did not object to the

supplemental application. Mr. Neuborne has represented to the Court that he has not

received objections from any other person.

I have reviewed the supplemental fee application, which includes a description of

the services rendered, and find that it is consistent with the criteria suggested by

Magistrate Orenstein on March 15, 2007, and approved by the Court on December 17,

2007. Accordingly, I direct the signatories of the settlement fund to transfer $83,925.00

to Burt Neuborne in payment for services rendered to the plaintiff-classes as Lead

Settlement Counsel from October 1, 2005-March 10, 2008.

In accordance with Magistrate Orenstein's recommendation, I direct that future

fee applications by Lead Settlement Counsel be filed on a quarterly basis.

Dated: April **//** 2008
Brooklyn, New York

/signed/

Frederic Block
USDJ